UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| M.M.R., | No. 26-534 |
| Petitioner - Appellee, | D.C. No. 1:25-cv-01517-JLT-SKO Eastern District of California, Fresno |
| v. | |
| CHRISTOPHER CHESTNUT, Facility Administrator of California City Corrections; et al., | ORDER |
| Respondents - Appellants. | |

The unopposed motion (Docket Entry No. 3) to stay appellate proceedings is granted. Within 7 days after resolution of *Rodriguez Vazquez v. Bostock, et al.*, No. 25-6842, appellants must file a status report and/or motion for appropriate relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT